UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| Latoya Owens, | Case No. 16-cv-0776 (WMW/TNL) |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Linn Companies, | |
| Defendant. | |

This matter is before the Court on the April 17, 2017 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (Dkt. 58.) No objections to the Report and Recommendation have been filed. In the absence of timely objections, this Court reviews a Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The April 17, 2017 Report and Recommendation, (Dkt. 58), is **ADOPTED**;

2. Plaintiff's "Motion for Video/CD view device/monitoring system," (Dkt. 44), is **GRANTED IN PART** and **DENIED IN PART** as addressed in the Report and Recommendation;

3. Plaintiff's motion for sanctions, (Dkt. 27), is **DENIED**;

4. Defendant's motions for sanctions, (Dkts. 31, 40), are **GRANTED**; and

5. Plaintiff's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 25, 2017                              s/Wilhelmina M. Wright
                                                 Wilhelmina M. Wright
                                                 United States District Judge